1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LADONNA FAYE CHANDLER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   CASE NO. CR-S-13-027 MCE
                                       )
12            Plaintiff,                )   **STIPULATION AND [PROPOSED] ORDER
                                       )   TO VACATE PRELIMINARY
13      v.                             )   EXAMINATION AND SET STATUS
                                       )   CONFERENCE AND TO EXCLUDE TIME**
14 LADONNA FAYE CHANDLER,              )
                                       )   Date : February 14, 2013
15            Defendant.                )   Time: 9:00 a.m.
                                       )   Judge: Morrison C. England, Jr.
16 _____ )

17     It is hereby stipulated and agreed to by and between the United States of America, through Michelle

18 Rodriguez, Assistant U.S. Attorney, and defendant, LADONNA FAYE CHANDLER, by and through his

19 counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination currently set for

20 Friday, February 1, 2013, be vacated and a status conference hearing date of Wednesday, February 21, 2013,

21 at 9:30 a.m., be set.

22     The continuance is necessary based on the new Information filed on January 31, 2013.  It is further

23 stipulated that the time period from the date of this stipulation, January 31, 2013, through and including

24 February 21, 2013, shall be excluded under the Speedy Trial Act  18 U.S.C. §3161(h)(7)(A) and

25 (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing

26 the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

27

28

Dated:  January 31, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LADONNA FAYE CHANDLER

Dated: January 31, 2013

BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 1, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the preliminary examination currently set for Friday, February 1, 2013, be vacated and that a status conference be set for **Wednesday, February 21, 2013, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 1, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including February 21, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:  February 1, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE