HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.bockmon@fd.org

Attorney for Defendant
LADONNA FAYE CHANDLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-cr-027 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SELF-SURRENDER |
| vs. | |
| LADONNA FAYE CHANDLER, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Assistant United States Attorney Michelle Rodriguez, and defendant, LADONNA FAYE CHANDLER by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the self-surrender date for defendant, LADONNA FAYE CHANDLER, is continued for two weeks.

Assistant United States Attorney, Michelle Rodriguez, has no objection to continuing the defendant's self-surrender date for two weeks upon conditions that the defense requests no other continuances.  Ms. Chandler will remain under Pretrial Services supervision until she voluntarily surrenders to the Bureau of Prison facility.  Pretrial Services is aware of the current medical situation and this request to extend Ms. Chandler's self-surrender date.  Ms. Chandler understands there will be no further continuance.

/ / /

/ / /

1   The parties agree that the defendant's self-surrender date of December 5, 2013, be
2   continued to December 19, 2013 at 2:00 p.m.
3   Dated:  December 4, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender

Attorney for Defendant
LADONNA FAYE CHANDLER


Dated:  December 4, 2013          BENJAMIN B. WAGER
United States Attorney

/s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant United States Attorney

## **O R D E R**

The surrender date of December 5, 2013 is vacated.  Defendant LaDonna Faye Chandler shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on December 19, 2013 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  December 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT